IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                              CAUSE NO.: 1:17-CR-28-SA

ADRIAN MCALLISTER                                    DEFENDANT

### ORDER GRANTING MOTION FOR RELEASE OF BOND

Presently before the Court is the first Motion For Release of Bond Security and for Other Relief [32] posted on the Defendant's behalf. The Government does not oppose the motion. Upon due consideration, and in light of the unopposed nature of the Defendant's motion, the Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1)      the Motion For Release of Bond [32] is GRANTED; and

2)      the Clerk of the Court shall remit all funds used as security for this Defendant, $500.00, to Naporcia Williamson at the mailing address on file at the Clerk's Office.

SO ORDERED this 9th day of March, 2018.

/s/ *Sharion Aycock*
UNITED STATES DISTRICT JUDGE